**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,                                   Criminal No.: 25-CR-88 (1) (ECT/LIB)

           Plaintiff,

v.                                                                              **ORDER**

Gabriel Adam Alexander Luthor

           Defendant.

On July 20, 2026, the Defendant filed a Motion to Amend Conditions of Release [Docket No. 116].  The Defendant requests an order modifying his conditions of release to remove in their entirety home detention and location monitoring.  The Government and Pretrial Services support a modification from home detention to curfew.  The Government and Pretrial Services do not support further modification.  Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Defendant's Motion to Amend Conditions of Release [Docket No. 116] is **GRANTED in part and DENIED in part**;

2. The Defendant's Conditions of Release [Docket No. 100], is modified as follows:

   a. Paragraph 7(p)(i) is added to read: "Curfew.  You are restricted to your residence every day as directed by the Pretrial Services Office".

   b. Paragraph 7(p)(ii) is removed.

3. The Defendant's request to remove location monitoring is **DENIED**; and

4. All other conditions of release [Docket Nos. 30, 100] remain in full force and effect.

DATED:  July 20, 2026                                    s/Leo I. Brisbois
                                                    Hon. Leo I. Brisbois
                                                    U.S. MAGISTRATE JUDGE