COURTS

# $15 million fraud trial on hold after defendant checks into hospital

Gabriel Luthor and Elizabeth Brown are accused of using the other women in their polyamorous relationship to overbill Medicare and Medicaid




Author: **Lou Raguse**
Published: **5:25 PM CST November 5, 2026**
Updated: **5:25 PM CST November 5, 2026**

SAINT PAUL, Minn — One of the most sensational trials in recent memory at federal court in Minnesota just got weirder as the top defendant in a $15 million fraud case involving a polyamorous Eden Prairie couple checked himself into a hospital before opening statements could begin.

"From where I sit, there are several reasons to question whether Mr. Luthor is really too sick to have appeared for court this morning," Chief Judge Eric Tostrud said in court. "Based on my now-lengthy experience with this case, what I am saying is that if I had to place a wager on the issue this morning, I would bet that Mr. Luthor is exaggerating his symptoms, or perhaps worse, to make it difficult for this trial to proceed."

Gabriel Luthor and Elizabeth Brown are charged with fraud, accused of using their neurofeedback company, Golden Victory Medical, to overbill Medicare and Medicaid, even using Luthor's multiple other live-in girlfriends to help. Despite having no medical expertise, prosecutors say those women saw patients and processed claims. Brown, the face of the company, claimed to see 451 patients a day at times, prosecutors say.

Exhibit A

Luthor's sudden hospitalization comes days after Brown signaled a turn against him. After reading a witness report from one of Luthor's ex-girlfriends that includes observations of sexual and physical abuse, Brown said he suffered a mental health crisis. She wanted her trial separated from Luthor's, arguing she has to point the finger at him in her defense.

No word on when the trial will resume. Luthor asked for it to move forward without him, but the judge and defense attorney are reluctant to do that because of potential issues in appeals.

LOADING NEXT ARTICLE...