X

**Post** Log in Sign up

**Bill Glahn**
@billglahn

Polycule leaders' Medicare fraud trial was on put on hold to deal with a mental health crisis.

The alleged fraud included $15 million billed through a neurofeedback therapy clinic.

The indictment mentions money shipped to the Congo.

I'm not kidding.




From americanexperiment.org

3:43 PM · Nov 5, 2026 · **1,546** Views

5 36 68 2

**Elva** @Reasonthroughit · 15h

**See all the replies**

Continue to X

Exhibit B

**DUGB1960** @Doug76478718 · 14h

MY TAX DOLLARS...🤬 SPENT ON 🐂 💩 ‼️
THE JUDGE HEARING THIS HAD BETTER RECOGNIZE THE AMERICAN PEOPLE ARE SICK OF OUR TAX DOLLARS GOING TO SUPPORT THESE 🐂 💩 STUDIES...WHEN THEY CAN CLEARLY SEE THAT AMERICA IS IN DIAR NEED... OF THOSE TAX DOLLARS RIGHT HERE IN AMERICA ‼️
🐂 ... 💩 ..

1 1 35

**See all the replies**

Continue to X